UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  CASE NO. 09-35868
MATTHEW SCOTT GRANTHAM  Chapter 7
KRISTIN RENAE GRANTHAM,
    Debtors.

TRUSTEE'S NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that Claimant 9, Madison Center, PO Box 80, South Bend, IN 46624, is entitled to interim distribution on allowed claims in the amount of $3.94; and Claimant 11, Sage Telecom, 3300 E. Renner Road., Suite 350, Richardson, TX 75082, is entitled to interim distribution on allowed claims in the amount of $3.91; which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as small dividends, for the use and benefit of said claimant.

Dated: April 1, 2011      /s/ Gary D. Boyn
    Gary D. Boyn, Trustee
    121 W. Franklin St., Suite 400
    Elkhart, IN 46516
    (574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 1st day of April, 2011: Madison Center, PO Box 80, South Bend, IN 46624, Sage Telecom, 3300 E. Renner Road., Suite 350, Richardson, TX 75082.

U.S. Trustee's Office:  USTPRegion10.SO.ECF@usdoj.gov
Tamara L. Renner:  banikandrenner@aol.com

    /s/ Gary D. Boyn